## KELLER ET AL. *v.* BOATMAN.

PRACTICE.—*Appeal by Part of Defendants.*—Where only part of several co-defendants against whom a judgment or decree has been rendered appeal, without notice of the appeal to the others as required by statute, the appeal will be dismissed.

APPEAL from the Hamilton Circuit Court.

PETTIT, C. J.—This suit was brought by the appellee against fifteen defendants, all of whom remained in the case

to its final conclusion, and against all of whom a money judgment or a decree was rendered.

Two of the defendants, Keller and Small, prayed for an appeal, and have assigned errors. After their assignment of error is the following endorsement on the transcript: "Joinder in appeal. The defendant below, Sarah H. Keller, appeals, and says the court below erred in rendering the decree of foreclosure against her without proof, she being the wife of appellant, Robert H. Keller. And she prays a reversal."

There was no such party in the case as Sarah H. Keller, nor did such party or person take exception or ask an appeal.

Only a part of co-defendants, against whom a judgment or decree was rendered, having appealed, and not having complied with sec. 551, 2 G. & H. 270, following numerous and uniform rulings of this court, the appeal must be dismissed.

The appeal is dismissed, at the costs of the appellants.

*L. Barbour* and *C. P. Jacobs*, for appellants.

*J. T. Dye* and *A. C. Harris*, for appellee.